UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP HUGH JACKS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:18-cv-01881-ACA-SGC |
| SHERIFF JIMMY KILGORE, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. As grounds for relief, he claims, among other things, that he did not commit the crime with which he was charged and he asks this court to "dismiss [his] charge." (Doc. 1 at 9). On January 31, 2019, the magistrate judge entered a report recommending that the court dismiss Petitioner's claims without prejudice as premature. (Doc. 7). Although he was advised of his right to file objections within fourteen days, Petitioner has not responded to the report and recommendation.

After careful consideration of the record in this case, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds Petitioner's claims are due to be dismissed without prejudice as premature.

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this March 7, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE